MCGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>JOHNNY SANCHEZ, ET AL.,<br><br>               Defendants. | CASE NO. 1:17-CR-00278 LJO/SKO<br><br>AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE; FINDINGS AND ORDER<br><br>DATE: JULY 2, 2018 at 1:00 p.m<br>TIME: 1:00 P.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

The Government is submitting the Stipulation and Proposed Order after the 12:00 p.m. cutoff because she is out of state, on a prepaid vacation and e-mail and phone service has been intermittent and was unable to get all counsels approval before the cutoff time.

The United States of America, by and through its counsel of record, and defendants, by and through their defense counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on JULY 2, 2018 at 1:00 p.m.

2.    By this stipulation, defendants now move to continue the status conference until July 16, 2018, and to exclude time between JULY 2, 2018 at 1:00 p.m, and July 16, 2018, under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(&)(B)(i)(ii) and (iv).

3.    The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case includes hundreds of pages of Bates Numbered Discovery, investigative reports, including items seized by search warrants. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Government's counsel has been engaged in trial prep for a multi-defendant VICAR trial not anticipated to plead (but ultimately did), is on a vacation out of state planned a year ago, and needs additional information to finalize plea negotiations for a few defendants.

      c)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of JULY 2, 2018 at 1:00 p.m to July 16, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), AND 3161(h)(7)(B)(i)(ii) and (iv) because it results from a continuance granted by the Court at the Government's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

      IT IS SO STIPULATED.

///
///
///
///
///
///
///
///

Dated: June 28, 2018                                           MCGREGOR W. SCOTT
                                                               United States Attorney


                                                               /s/ KIMBERLY A. SANCHEZ
                                                               KIMBERLY A. SANCHEZ
                                                               Assistant United States Attorney


Dated: June 28, 2018                                           /s/ PETER MICHAEL JONES


                                    ORDER

IT IS SO ORDERED.

Dated:   **June 28, 2018**                          /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME                  3
PERIODS UNDER SPEEDY TRIAL ACT