**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**2014 Tulare Street, Suite 600**
**Fresno, California 93721**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant DAVID AVINA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID AVINA, <br><br> Defendant. | Case No. 1:17-CR-00278-LJO <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER** <br><br> Date: December 16, 2019 <br> Time: 8:30 a.m. <br> Court: Hon. Lawrence J. O'Neill |

**STIPULATION**

The defendant, DAVID AVINA, by and through his counsel, Serita Rios, and the United States of America, by and through its counsel, Assistant United States Attorney Kimberly Sanchez, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on December 16, 2019, at 8:30 a.m.

-1-

2. By this stipulation, the parties move to continue the sentencing hearing until January 21, 2020.

3. The parties agree and stipulate, and request the Court find the following:

a. The draft presentence investigation report was scheduled to be provided to counsel on November 4, 2019, as of this date the presentence investigation report has not been submitted.

b. Counsel for Mr. Avina has spoken with United States Probation Officer Lynda Moore, who has been assigned to prepare the presentence investigation report. Officer Moore informed defense counsel that there was an initial delay and then recently there was an unexpected death in her family.

c. It is necessary for the defense to have adequate time to review the presentence investigation report prior to the sentencing hearing in order to be adequately prepared. It is also necessary to receive the presentence investigation report in advance so that the defense can file appropriate objections and responses and prepare a sentencing memorandum based on information included in the presentence investigation report.

4. Accordingly, the parties request that the court order the sentencing hearing currently set for December 16, 2019, be rescheduled for January 21, 2020.

IT IS SO STIPULATED.

Dated: December 4, 2019

/s/ SERITA RIOS

---

**Serita Rios**
Attorney for Defendant

Dated: December 4, 2019

/s/ KIMBERLY SANCHEZ

---

**KIMBERLY SANCHEZ**
Assistant United States Attorney

---

**ORDER**

**The Request is granted based on the stipulation and good cause stated therein.**

IT IS SO ORDERED.

Dated: __**December 5, 2019**__          __/s/ Lawrence J. O'Neill____
UNITED STATES CHIEF DISTRICT JUDGE