# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No. 1:17-CR-00278-LJO |
| Plaintiff, ) | |
| vs. ) | **ORDER FOR RELEASE** |
| DAVID AVINA, ) | |
| Defendant. ) | |

A sentencing hearing was held on January 21, 2020. Sentence was not imposed, instead the defendant was allowed to be placed in the Genesis Project Program, a residential substance abuse treatment facility, prior to the imposition of sentence.

The defendant shall be released on Monday, January 27, 2020 at 6:00 a.m. to Evie Machado for transport to the Genesis Project Program located at 810 Palm Street, San Jose, California 95110.

The defendant shall reside and participate in the Genesis Project Program to obtain assistance for drug and/or alcohol abuse for a period of not less than 24 months. A Status Conference hearing was set for April 3, 2020, before Judge Drozd.

IT IS SO ORDERED.

Dated: __**January 23, 2020**__          __/s/ Lawrence J. O'Neill___
                                                             UNITED STATES DISTRICT JUDGE