Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant DAVID AVINA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | ) Case No. 1:17-CR-00278 JLT |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| vs. | ) **SENTENCING HEARING AND ORDER** |
| DAVID AVINA, | ) Date: February 4, 2022 |
|  | ) Time: 9:00 a.m. |
| Defendant. | ) Court: Hon. Jennifer L. Thurston |

### STIPULATION

The defendant, DAVID AVINA, by and through his counsel, Serita Rios, and the United States of America, by and through its counsel, Assistant United States Attorney Kimberly Sanchez, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 4, 2022, at 9:00 a.m.

2. By this stipulation, the parties move to continue the sentencing hearing to February 18, 2022, at 9:00 a.m.

    3.    This request is being made as Counsel for Mr. Avina is unavailable for the presently scheduled hearing on February 4, 2022.

    4.    Accordingly, the parties request that the court order the sentencing hearing currently set for February 4, 2022, be rescheduled for February 18, 2022.

IT IS SO STIPULATED.

Dated: January 22, 2022

*/s/ Serita Rios*

**Serita Rios**
Attorney for Defendant

Dated: January 22, 2022

*/s/ Kimberly Sanchez*

**KIMBERLY SANCHEZ**
Assistant United States Attorney

---

**ORDER**

IT IS SO ORDERED.

Dated:  **January 24, 2022**

UNITED STATES DISTRICT JUDGE